DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

WRENN v. BYRD

No. 567P95

Case below: 120 N.C.App. 761

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 February 1996.

ZANONE v. RJR NABISCO, INC.

No. 560P95

Case below: 120 N.C.App. 768

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 8 February 1996.

PETITIONS TO REHEAR

MUSE v. CHARTER HOSPITAL OF WINSTON-SALEM

No. 73A95

Case below: 342 N.C. 403

Petition by defendant to rehear pursuant to Rule 31 denied 8 February 1996.

POOLE v. MILLER

No. 525PA94

Case below: 342 N.C. 349

Petition by defendant to rehear pursuant to Rule 31 denied 8 February 1996. Petition by North Carolina Association of Defense Attorneys to rehear pursuant to Rule 31 denied 8 February 1996.

ROBINETTE v. BARRIGER

No. 527A94

Case below: 342 N.C. 181

Petition by plaintiff to rehear pursuant to Rule 31 denied 8 February 1996.